**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALYSSA ROGERS,** | : |
| Plaintiff | : CIVIL ACTION NO. 4:17-0696 |
| v. | : (MANNION, D.J.) |
| **EAST LYCOMING SCHOOL DISTRICT, KEVIN STEELE, and MICHAEL PAWLIK,** | : |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the defendants' motion to dismiss, (Doc. 9), plaintiff's complaint, (Doc. 1), is **GRANTED IN ITS ENTIRETY**. Specifically, defendants' motion to dismiss is **GRANTED** with respect plaintiff's claim for punitive damages against ELSD, Steele and Pawlik, and this claim is **DISMISSED WITH PREJUDICE**. Defendants' motion to dismiss plaintiff's gender discrimination claim under Title VII, Count I, is **GRANTED**, and this claim is **DISMISSED WITH PREJUDICE** against ELSD, Steele and Pawlik. Defendants' motion to dismiss plaintiff's equal protection claim, Count II, is **GRANTED**, and this claim is **DISMISSED WITH PREJUDICE** against ELSD, Steele and Pawlik. Defendants' motion to dismiss, based on qualified and PSTCA immunity, is **DENIED AS MOOT** insofar as plaintiff seeks to hold Pawlik and Steele personally liable with respect to her 14th Amendment equal protection claim.

Further, the clerk of court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 6, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0696-01-Order.wpd